# In the United States Court of Federal Claims

DAVID KOETT,

          Plaintiff,

          v.

THE UNITED STATES,

          Defendant.

No. 21-cv-2260

Filed: January 31, 2022

## ORDER

On December 1, 2021, Plaintiff David Koett, proceeding *pro se*, filed a complaint seeking vacatur of a state court criminal conviction; $100,000; and a letter of apology. Plaintiff's Complaint (ECF No. 1) at 3. Plaintiff did not comply with the Rules of the United States Court of Federal Claims (Rule(s)) when initiating this suit. Plaintiff's complaint lacks a proper signature as required by Rule 11(a) and Plaintiff did not pay the required filing fee or submit a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Accordingly, on December 14, 2021, this Court ordered Plaintiff to file an amended complaint that complied with the signature requirement in Rule 11(a), and either pay the requisite filing fees or submit an IFP application within 30 days of the Order. *See* ECF No. 6.

To date, Plaintiff has done neither. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE for failure to prosecute**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

IT IS SO ORDERED.

          s/ Eleni M. Roumel
          ELENI M. ROUMEL
          Judge